**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1116**

In re:  ARVIN LEE WILLIAMS,

Petitioner.

On Petition for Writ of Mandamus.
(4:14-cv-00121-FL)

Submitted:  April 16, 2015                 Decided:  April 21, 2015

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Arvin Lee Williams, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arvin Lee Williams petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his civil action.  He seeks an order from this court directing the district court to act.  We find the present record does not reveal undue delay in the district court.  Accordingly, we grant leave to proceed in forma pauperis but deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>